

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00315-CV

| | | |
|---|---|---|
| Texas Cityview Care Center LP d/b/a Cityview Care Center | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2012-005307-1) |
| v. | § | February 19, 2015 |
| | § | Opinion by Justice Gardner |
| Francesca D. Foster | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for lack of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/S/ Anne Gardner_____
      Justice Anne Gardner